UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROWENA L. SHADDOX, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND F/K/A WACHOVIA MORTGAGE, FSB, a business entity; NDEX WEST, LLC, a business entity, and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br>_____/ | NO. CIV. 2:12-250 WBS EFB<br><br>ORDER OF RECUSAL |

----oo0oo----

　　　　The undersigned hereby recuses himself as the judge to whom this case is assigned.

　　　　IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

1

1 | Any dates previously set in this case are hereby
2 | VACATED.
3 | DATED: January 31, 2012

```
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```