1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                           ----oo0oo----

11

12  ROWENA L. SHADDOX, an              NO. CIV. 2:12-250 WBS EFB
    individual,
13
            Plaintiff,                 ORDER OF RECUSAL
14
        v.
15
    WELLS FARGO BANK, N.A., A/K/A
16  WACHOVIA MORTGAGE, A DIVISION
    OF WELLS FARGO BANK, N.A., AND
17  F/K/A WACHOVIA MORTGAGE, FSB,
    a business entity; NDEX WEST,
18  LLC, a business entity, and
    DOES 1-100, inclusive,
19
            Defendants.
20  _____/

21

22                           ----oo0oo----

23          The undersigned hereby recuses himself as the judge to

24  whom this case is assigned.

25          IT IS THEREFORE ORDERED that the Clerk of the Court

26  reassign this case to another judge for all further proceedings,

27  making appropriate adjustments in the assignments of civil cases

28  to compensate for such reassignment.

                                1

Any dates previously set in this case are hereby VACATED.

DATED: January 31, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2